**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**KRISTA L. SHOENIKE,**
        **Plaintiff,**

**-vs-**                                                          **Case No. 6:07-cv-201-Orl-18DAB**

**PINNACLE HOTEL COMPANY I, INC.,**
        **Defendant.**
_____

## **ORDER**

The case was referred to the United States Magistrate Judge for report and recommendation. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED and SO ORDERED.** Clerk of the Court is to enter final judgment accordingly, including attorney's fees and costs, and CLOSE the case..

It is **SO ORDERED** in Orlando, Florida, this 7th day of August, 2007.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE